UNITED STATES of America, Plaintiff–Appellee,

v.

Joanne MENEELY, aka Tawnjai Brooks, Defendant– Appellant.

No. 07–50288.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2008.*

Filed Jan. 23, 2008.

**Background:** Probationer appealed from order of the United States District Court for the Southern District of California, Napoleon A. Jones, J., which revoked her term of supervised release and sentenced her to an 11-month term of imprisonment.

**Holding:** The Court of Appeals held that District Court had jurisdiction over probationer's revocation proceedings.

Office of The U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Jennifer L. Coon, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: FARRIS and M. SMITH, Circuit Judges, and SANDOVAL,** District Judge.

MEMORANDUM ***

Joanne Meneely appeals from the district court's judgment revoking her term of supervised release and sentencing her to an eleven-month term of imprisonment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

We address Meneely's jurisdictional argument first. *See Kyocera Corp. v. Prudential–Bache Trade Servs., Inc.,* 341 F.3d 987, 995 n. 12 (9th Cir.2003) (en banc). The district court had jurisdiction over Meneely's revocation proceedings. Meneely was arrested during her supervised release term, which was tolled when she entered fugitive status. *See United States v. Murguia–Oliveros,* 421 F.3d 951, 953–55 (9th Cir.2005); 18 U.S.C. §§ 3606, 3583(e)(3). Meneely's argument that she was not a fugitive is foreclosed by *Murguia–Oliveros,* which held that a failure to comply with the terms of supervised release triggers fugitive status. *Id.; see also United States v. Delamora,* 451 F.3d 977, 980 (9th Cir.2006). Meneely violated the terms of her supervised release by failing to report to probation within seventy-two hours of her release from custody.

Meneely had actual notice of her seventy-two hour reporting duty. She received an oral advisement to report to probation from the sentencing court and written notice of the seventy-two hour reporting requirement from a Federal Bureau of Prisons "Notice of Release and Arrival" form, which she signed. *See United States v.*

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Ortega–Brito,* 311 F.3d 1136, 1139 (9th Cir. 2002).

Meneely's contention that 18 U.S.C. § 3583(e)(3) violates the Sixth Amendment is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir.2006), which remains good law after *Cunningham v. California,* 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007).

**AFFIRMED.**